UNITED STATES

v.

**Airman First Class Stanley K. LONDON, FR 554–19–1071 United States Air Force.**

**ACM 22663 (recon).**

U. S. Air Force Court of Military Review.

Sentence Adjudged 26 Nov. 1979.

Decided 31 Oct. 1980.

UNITED STATES

v.

Airman First Class Nancy L. CZAR-
NECKI, FR 354–48–3038, United
States Air Force.

ACM S24985.

U. S. Air Force Court of Military Review.

Sentence Adjudged 13 May 1980.

Decided 14 Nov. 1980.

Appellate Counsel for the Accused: Colo-
nel Larry G. Stephens and Captain Willard
K. Lockwood.

Appellate Counsel for the United States:
Colonel James P. Porter and Captain Rich-
ard O. Ely, II.

Before EARLY, ARROWOOD and
KASTL, Appellate Military Judges.

DECISION UPON RECONSIDERATION

PER CURIAM:

In our original decision, *United States v.
London*, 9 M.J. 905 (A.F.C.M.R.1980), we
reassessed the sentence because of matters
considered improperly by the convening au-
thority in his review of the case. By mo-
tion, timely filed, the accused has requested
that we reconsider the sentence we ap-
proved after reassessment. Noting that the
motion is unopposed by appellate Govern-
ment counsel, we grant the motion.

On the basis of the record as a whole,
including the new matters submitted by
appellate defense counsel in support of their
motion,* we modify our previous decision
by approving only so much of the sentence
as provides for a bad conduct discharge,
confinement at hard labor for twelve
months, forfeiture of $200.00 per month for
nine months and reduction to airman.

The findings of guilty and the sentence,
as further modified, are

AFFIRMED.

* We note that the accused has been restored to
  duty.